# UNITED STATES DISTRICT COURT

_____EASTERN_____ **District of** _____CALIFORNIA_____

| | |
|---|---|
| GARY GONSALVES,<br>            Plaintiff<br><br>                V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>            Defendant | **ORDER ON APPLICATION**<br>**TO PROCEED WITHOUT**<br>**PREPAYMENT OF FEES**<br><br><br>CASE NUMBER: 1:09-AT-00690 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

<u>X</u>   GRANTED.

    <u>X</u>   The clerk is directed to file the complaint.

    <u>X</u>   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this   __27th__   day of   _____August_____ , __2009__ .


/s/ Sandra M. Snyder
Signature of Judicial Officer

SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer