1 Sengthiene Bosavanh, Esq. #249801
Law Offices of Jeffrey Milam
2 P.O. Box 26360
Fresno, California 93729
3 (559) 264-2800

4

5 Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| GARY GONSALVES, | ) | |
|---|---|---|
| | ) | Case No. 1:09-CV-1526 |
| Plaintiff, | ) | |
| | ) | STIPULATION AND PROPOSED ORDER |
| vs. | ) | FOR EXTENSION OF TIME |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a first extension of time of 30 days to serve on Defendant an opening brief. The new due date for Plaintiff's opening brief will be May 10, 2010, and the Court's Scheduling Order shall be modified accordingly.

/ /

/ /

/ /

/ /

1  Dated:  April 8, 2010                    /s/ Sengthiene Bosavanh

2                                            SENGTHIENE BOSAVANH, ESQ.
                                             Attorney for Plaintiff.
3

4  Dated: _____            BENJAMIN B. WAGNER
                                             United States Attorney
5
                                             By: /s/ Leslie Alexander
6                                            (as authorized via facsimile/e-mail)
                                             LESLIE ALEXANDER
7                                            Assistant Regional Counsel

8

9          IT IS SO ORDERED.

10         **Dated:   April 12, 2010**                  **/s/ Dennis L. Beck**
                                             UNITED STATES MAGISTRATE JUDGE